IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUSAN E. BREDTHAUER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3132 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GILBERT G. LUNDSTROM, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| RONALD A. LAIRD, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3139 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GILBERT G. LUNDSTROM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiffs' Notice of Related Case (Filing No. 54 in case 4:10CV3132; Filing No. 41 in case 4:10CV3139). The plaintiffs seek to alert the court of the related nature of a newly filed case, *Susan Barker v. Samuel P. Baird, et al.*, 8:10CV326, for purposes of assignment of judges pursuant to NEGenR 1.4(a)(4). However, the filer of the newly filed case provided such notice at the time of filing. Based on the plaintiff's notice, no further action need be taken in this regard because the later-filed case was assigned to the same judges as the previously consolidated cases, pursuant to court procedure.

Additionally, the plaintiffs state these consolidated cases are related to and arise from similar law and facts as a later-filed third case, *Susan Barker v. Samuel P. Baird, et al.*, 8:10CV326, such that these three cases should all be consolidated. Despite the plaintiffs' notice and the court's September 2, 2010, order in the above-captioned cases, the non-moving parties shall have an opportunity to object to consolidation of *Susan Barker v. Samuel P. Baird, et al.*, 8:10CV326 with *Susan E. Bredthauer v. Gilbert G.*

*Lundstrom, et al.,* 4:10CV3132, and ***Ronald A. Laird v. Gilbert G. Lundstrom, et al.,*** 4:10CV3139.  Upon consideration,

    **IT IS ORDERED:**

    1.    The plaintiffs' Notice of Related Case (Filing No. 54 in case 4:10CV3132; Filing No. 41 in case 4:10CV3139) are granted to the extent NEGenR 1.4(a)(4) provides the procedure for assignment of judges.

    2.    The non-movants shall have to **on or before September 27, 2010**, to show cause why ***Susan Barker v. Samuel P. Baird, et al.***, 8:10CV326 should not be consolidated with ***Susan E. Bredthauer v. Gilbert G. Lundstrom, et al.,*** 4:10CV3132, and ***Ronald A. Laird v. Gilbert G. Lundstrom, et al.,*** 4:10CV3139.

    DATED this 13th day of September, 2010.

                                    BY THE COURT:

                                    s/ Thomas D. Thalken
                                  United States Magistrate Judge