IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUSAN E. BREDTHAUER, et al., | ) | |
| Plaintiffs, | ) | 4:10CV3132 |
| vs. | ) | ORDER |
| GILBERT G. LUNDSTROM, et al., | ) | |
| Defendants, | ) | |
| and | ) | |
| RONALD A. LAIRD, et al., | ) | |
| Plaintiffs, | ) | 4:10CV3139 |
| vs. | ) | ORDER |
| GILBERT G. LUNDSTROM, et al., | ) | |
| Defendants, | ) | |
| and | ) | |
| SUSAN BARKER, et al., | ) | |
| Plaintiffs, | ) | 8:10CV326 |
| vs. | ) | ORDER |
| SAMUEL P. BAIRD, et al., | ) | |
| Defendants. | ) | |

Upon notice given to the magistrate judge on July 24, 2012, by Stephen J. Fearon, Jr., counsel for the plaintiffs, and Gregory C. Scaglione and J. Kevin McCall, counsel for the defendants, that the parties have settled in principle,

**IT IS ORDERED that:**

1.     **On or before August 24, 2012**, the parties shall electronically file a Motion for Preliminary Approval of Settlement and supporting documents or a joint stipulation for dismissal and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order on such motion. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2.     Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3.     All pending motions are terminated upon the representation that this case is settled in principle.

DATED this 24th day of July, 2012.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge